KYLE SCHUMACHER (Bar No. 121887)
kschumacher@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Nancy Boyd

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON – EUGENE DIVISION

| | |
|---|---|
| NANCY BOYD, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE, N.A. <br><br> Defendants. | Case No.: 6:18-cv-00748-MC <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT CAPITAL ONE, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Nancy Boyd and defendant Capital One, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal within 40 days once the settlement is finalized.

Dated:   October 9, 2018

**Sagaria Law, P.C.**
/s/ *Kyle Schumacher*
Kyle Schumacher
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1